JOSEPH M. HURLBUT, *Appellant, v.* S. FOSTER DEWEY, *Respondent.* — Judgment affirmed, with costs. Order refusing new trial upon newly discovered evidence affirmed, with costs and disbursements. Opinion by BARNARD, P. J.

IN THE MATTER OF PETER M. BAUM, an attorney. — Motion to disbar Peter M. Baum granted so far as to suspend him from practicing in all the courts of this State for one year from due entry of order. Opinion by DYKMAN, J.; GILBERT, J., being for granting the petition entirely.

JOSEPH T. PIKE, *Appellant, v.* DAVID BINGHAM, *Respondent.* — Order affirmed, with costs and disbursements. Opinion by DYKMAN, J.

ANDREW A. DEMAREST, *Respondent, v.* MARIAH A. PEIRSON and EDWARD PEIRSON, her husband, *Appellants, impleaded with* MARY JARVIS and another. — Order affirmed, with ten dollars costs and disbursements. Opinion by GILBERT, J.; BARNARD, P. J., not sitting.

WALTER H. MEAD, *as Executor, etc., Appellant, v.* HENRY PFEIFFER, *Respondent.* — Judgment reversed and new trial granted, and appeal from order granting extra allowance dismissed, costs to abide event. Opinion by BARNARD, P. J.; DYKMAN, J., not sitting.

IN THE MATTER OF THE APPLICATION OF THE MAYOR, ETC., OF NEW YORK TO ACQUIRE LANDS. — Reargument ordered. DYKMAN, J., and BARNARD, P. J., disqualified.

EDWARD C. BEIRNE, *Respondent, v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, *Appellant.* — Judgment affirmed, with costs. Opinion by DYKMAN, J.

DELOS E. CULVER, *Appellant, v.* DANIEL DE NOYELLES and others, *Respondents.* — Judgment affirmed, with costs. Opinion by BARNARD, P. J.; GILBERT, J., not sitting.

WILLIAM H. CATLIN, *Respondent, v.* ALEMBERT POND, WINSOR B. FRENCH AND THE ADIRONDACK COMPANY, *Appellants.* — Order reversed, with ten dollars costs and disbursements, and motion granted. Opinion by GILBERT, J.; BARNARD, P. J., not sitting.